David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ARLENE KRIEGER*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ARLENE KRIEGER,<br><br>                Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>                Defendants. | Case No. 2:18-cv-00140-JAD-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>ECF No. 9 |

      Plaintiff ARLENE KRIEGER and Defendant EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and

…

…

…

…

**ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: June 29, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bradley T. Austin, Esq. |
| David H. Krieger, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer, LLP |
| HAINES & KRIEGER, LLC | 3883 Howard Hughes Parkway |
| 8985 S. Eastern Avenue | Suite 1100 |
| Suite 350 | Las Vegas, NV 89169 |
| Henderson, Nevada 89123 | baustin@swlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## ORDER

Based on the parties' stipulation **[ECF No. 9]** and good cause appearing, and because the dismissal of claims against Equifax leaves no claims remaining in this single-defendant case, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. Plaintiff's counsel is reminded that when there is only one defendant in a case, a stipulation that states in bold, underlined, capital letters that the dismissal is only effective for that defendant is wholly unnecessary and confusing. When there is just one defendant sued, or remaining in, a given case, the "only as to this defendant" language should not be used. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 29, 2018